Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−10474−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joseph Germano III
    424 Holly Drive
    Atco, NJ 08004

Social Security No.:
    xxx−xx−3263

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        1/17/19
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,437.50

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 18, 2018
JAN:

                                                                          Jeanne Naughton
                                                                          Clerk

Case 17-10474-JNP    Doc 93    Filed 12/20/18    Entered 12/21/18 00:31:32    Desc Imaged
                             Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 17-10474-JNP
Joseph Germano, III                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Dec 18, 2018
                               Form ID: 137                 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db             +Joseph Germano, III,   424 Holly Drive,    Atco, NJ 08004-2002
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave.suit # 100,
                 Boca Raton, Fl 33487-2853
lm             +NationstarRobertson, Anschutz & Schneid, PL,   6409 Congress Avenue , Suite 100,
                 Boca Raton, FL 33487-2853
516586195      +Aes/pheaa,   Pob 61047,   Harrisburg, PA 17106-1047
516601285      +Bank of America NA,   Prober & Raphael,    20750 Ventura Blvd Ste 100,
                 Woodland Hills, CA 91364-6207
516819455      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,   1600 South Douglass Road,
                 Anaheim, CA 92806-5948
516586196      +Bk Of Amer,   4909 Savarese Cir,    Tampa, FL 33634-2413
516586199      +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,   Anaheim, CA 92806-5951
516770263      +Columbia Bank,   C/O Bruce D. Gordon LLC,    2050 Center Avenue, Suite 560,
                 Fort Lee, NJ 07024-4913
516611478      +Columbia Bank,   P.O. Box 426,   Fair Lawn, NJ 07410-0426
516702919       Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
516608805      +Harwood Lloyd,   130 Main Street,   Hackensack, NJ 07601-7152
516608806       IRS,   US Dept of the Treasury,   Philadelphia PA 19100
516586204       M&T Credit Services,    1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
516586207      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,   Lewisville, TX 75067)
516586206      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516747821      +Nationstar Mortgage LLC,    PO BOX 619094,   Dallas, TX 75261-9094
516586213      +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
516605090       Navient Solutions, Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,   Wilkes Barre, PA 18773-9430
517368767      +Terri L. Germano,   424 Holly Drive,    Atco, NJ 08004-2002
517570339       United Student Aid Funds, Inc. (USAF),    PO Box 8961,   Madison WI 53708-8961
516586218      +Young, Marr & Associates, LLC,   3554 Hulmeville Road,   Suite 102,   Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516762477       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2018 00:13:04
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
516810713       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2018 00:13:27     Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
516586201       E-mail/Text: mrdiscen@discover.com Dec 19 2018 00:09:05     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516646073      +E-mail/Text: cio.bncmail@irs.gov Dec 19 2018 00:09:24     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516586200      +E-mail/Text: mrdiscen@discover.com Dec 19 2018 00:09:05     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516586205       E-mail/Text: camanagement@mtb.com Dec 19 2018 00:09:32     M&T Credit Services,
                 1 Fountain Plz Fl 4,   Buffalo, NY 14203
516748411      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2018 00:10:00     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516662033       E-mail/PDF: pa_dc_claims@navient.com Dec 19 2018 00:12:59     NAVIENT PC TRUST,
                 C/O Navient Solutions, Inc.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
516586214      +E-mail/PDF: pa_dc_claims@navient.com Dec 19 2018 00:12:27     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516586208      +E-mail/PDF: pa_dc_claims@navient.com Dec 19 2018 00:12:24     Navient,   Attn: Claims Dept,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
516586209      +E-mail/PDF: pa_dc_claims@navient.com Dec 19 2018 00:13:33     Navient,   Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
516657511      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:13:30     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516586194       Aes/national Collegiat
516586198       Cap One Na
cr*            +Columbia Bank,   C/O Bruce D. Gordon LLC,    2050 Center Ave., Ste. 560,
                 Fort Lee, NJ 07024-4913
516586197*     +Bk Of Amer,   4909 Savarese Cir,    Tampa, FL 33634-2413
516608807*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS Centralized Insolvency Operation,    PO Box 21126,
                 Philadelphia PA 19114-1326)
516662034*      NAVIENT PC TRUST,   C/O Navient Solutions, Inc.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
```

```
District/off: 0312-1          User: admin               Page 2 of 2                 Date Rcvd: Dec 18, 2018
                              Form ID: 137              Total Noticed: 36


            ***** BYPASSED RECIPIENTS (continued) *****
516586215*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516586216*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516586217*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516586210*       +Navient,    Attn: Bankruptcy,     Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586211*       +Navient,    Attn: Bankruptcy,     Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586212*       +Navient,    Attn: Bankruptcy,     Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586203      ##+Ecmc,    1 Imation Pl,    Oakdale, MN 55128-3422
516586202      ##+Ecmc,    1 Imation Place,     Bldg 2,    Oakdale, MN 55128-3422
                                                                                    TOTALS: 2, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Joseph  Germano, III aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Bruce  Gordon    on behalf of Creditor   Columbia Bank bgordon@bgordonlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor   Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Loss Mitigation   NationstarRobertson, Anschutz & Schneid, PL
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor   BANK OF AMERICA, N.A. email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 8
```