**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Joseph Germano, III

Case No.: 17-10474  
Judge: JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: 12/21/2018  
☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ ATA   Initial Debtor: /s/ JG   Initial Co-Debtor: _____

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ __965.00__ per __month__ to the Chapter 13 Trustee, starting on __January 1, 2019__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☐ **NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,500.00 + supplemental fees of $2,477.50 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Taxes | $31,761.30 |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Columbia Bank | 424 Holly Drive | $70,070.20 | $2000,000.00 | $246,639.52 | 0.00 | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Carrington Mortgage | 183 Lake Drive | $39,311.00 | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Nationstar, LLC d/b/a Mr. Cooper

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Service | Tax Lien | $8,737.50 |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Columbia Bank | 424 Holly Drive | $70,070.20 | $200,00.00 | $246,639.52 | 0.00 | $70,070.20 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Andrew T. Archer
3) Priority claims
4) Secured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 06/01/2017        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The mortgage was modified | Removing the loan modification language and adding that Nationstar, LLC d/b/a Mr. Cooper is now unaffected by the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 12/21/2018                                                        /s/ Joseph Germano, III
                                                                        Debtor

Date: _____                                                    _____
                                                                        Joint Debtor

Date: 12/21/2018                                                        /s/ Andrew T. Archer
                                                                        Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Germano, III  
   Debtor

Case No. 17-10474-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 21, 2018  
                   Form ID: pdf901     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.

```
db            +Joseph Germano, III,    424 Holly Drive,    Atco, NJ 08004-2002
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suit # 100,
                Boca Raton, Fl 33487-2853
lm            +NationstarRobertson, Anschutz & Schneid, PL,    6409 Congress Avenue , Suite 100,
                Boca Raton, FL 33487-2853
516586195     +Aes/pheaa,    Pob 61047,    Harrisburg, PA 17106-1047
516601285     +Bank of America NA,    Prober & Raphael,    20750 Ventura Blvd Ste 100,
                Woodland Hills, CA 91364-6207
516819455     +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                Anaheim, CA 92806-5948
516586196     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
516586199     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
516770263     +Columbia Bank,    C/O Bruce D. Gordon LLC,    2050 Center Avenue, Suite 560,
                Fort Lee, NJ 07024-4913
516611478     +Columbia Bank,    P.O. Box 426,    Fair Lawn, NJ 07410-0426
516702919      Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
516608805     +Harwood Lloyd,    130 Main Street,    Hackensack, NJ 07601-7152
516608806      IRS,    US Dept of the Treasury,    Philadelphia PA 19100
516586204      M&T Credit Services,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                Williamsville, NY 14221
516586207    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage LLC,     350 Highland Dr,    Lewisville, TX 75067)
516586206     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516747821     +Nationstar Mortgage LLC,    PO BOX 619094,    Dallas, TX 75261-9094
516586213     +Navient,   123 S Justison St Ste 30,    Wilmington, DE 19801-5360
516605090      Navient Solutions, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,    Wilkes Barre, PA 18773-9430
517368767     +Terri L. Germano,    424 Holly Drive,    Atco, NJ 08004-2002
517570339      United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI  53708-8961
516586218     +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516762477      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 00:02:05
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516810713      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:01:30     Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
516586201      E-mail/Text: mrdiscen@discover.com Dec 21 2018 23:51:29      Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
516646073     +E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 23:51:36      Department of Treasury,
                Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516586200     +E-mail/Text: mrdiscen@discover.com Dec 21 2018 23:51:29      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516586205      E-mail/Text: camanagement@mtb.com Dec 21 2018 23:51:45      M&T Credit Services,
                1 Fountain Plz Fl 4,    Buffalo, NY 14203
516748411     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 23:51:54      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516662033      E-mail/PDF: pa_dc_claims@navient.com Dec 22 2018 00:01:32     NAVIENT PC TRUST,
                C/O Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516586214     +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2018 00:01:57     Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
516586208     +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2018 00:02:22     Navient,    Attn: Claims Dept,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586209     +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2018 00:01:56     Navient,    Attn: Bankruptcy,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
516657511     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2018 00:01:30     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516586194       Aes/national Collegiat
516586198       Cap One Na
cr*            +Columbia Bank,    C/O Bruce D. Gordon LLC,    2050 Center Ave., Ste. 560,
                Fort Lee, NJ 07024-4913
516586197*     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
516608807*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   IRS Centralized Insolvency Operation,     PO Box 21126,
                Philadelphia PA 19114-1326)
```

```
District/off: 0312-1          User: admin               Page 2 of 2                   Date Rcvd: Dec 21, 2018
                              Form ID: pdf901           Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****
516662034*        NAVIENT PC TRUST,   C/O Navient Solutions, Inc.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
516586215*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
516586216*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
516586217*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
516586210*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586211*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586212*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516586203      ##+Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
516586202      ##+Ecmc,   1 Imation Place,   Bldg 2,   Oakdale, MN 55128-3422
                                                                                              TOTALS: 2, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Joseph  Germano, III aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Bruce  Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor   Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Loss Mitigation    NationstarRobertson, Anschutz & Schneid, PL
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 9
```