| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| Christopher M. Hemrick<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>*Attorneys for Columbia Bank*<br>chemrick@walsh.law |
| In re:<br><br>JOSEPH GERMANO, III,<br><br>           Debtor. |

Chapter 13

Case No.: 17-10474-JNP

**CERTIFICATION OF SERVICE**

1. I, <u>Christopher M. Hemrick</u>:

    <u>X</u>  represent <u>Columbia Bank</u>          in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

2. On <u>January 25, 2022</u>, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Limited Objection of Columbia Bank to Motion to Cancel and Discharge Mortgage [Dkt. 113].

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  January 25, 2022              /s/*Christopher M. Hemrick*
                                       Christopher M. Hemrick

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route38 – Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew T. Archer, Esq.<br>Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>aarcher@spillerarcherlaw.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| All parties who have filed an appearance and receive notices of electronic filing. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |