**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)

Order Filed on February 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH GERMANO, III

Case No: 17-10474 JNP

Chapter: 13

Hearing Date: February 1, 2022

Judge: JNP

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 17, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 424 Holly Drive, Atco, New Jersey

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Columbia Bank
b. Current Assignee: Columbia Bank
c. Current Servicer: Columbia Bank
d. Date of Mortgage/Lien: June 9, 2003
e. Date of Recordation: October 23, 2015
f. Place of Recordation: Camden County
   i. Mortgage Book: 07152
   ii. Page: 1878
g. Original Principal Balance of Mortgage/Lien: $ 40,030.00
h. This order shall not be recorded with County Clerk's Office until after a discharge is obtained in the underlying bankruptcy case.
i. If the debtor fails to receive a discharge in the underlying bankruptcy, the mortgagee may file a motion with the bankruptcy court to void this order.

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-10474-JNP |
| Joseph Germano, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

**Recip ID        Recipient Name and Address**
db              + Joseph Germano, III, 424 Holly Drive, Atco, NJ 08004-2002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Joseph Germano III aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Christopher M. Hemrick | on behalf of Creditor Columbia Bank chemrick@walsh.law mvargas@walsh.law;sfalanga@walsh.law;cmaker@walsh.law |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Justin Plean | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Justin Plean
    on behalf of Creditor Nationstar Mortgage LLC jplean@raslg.com  bkyecf@rasflaw.com;ras@ecf.courtdrive.com

    on behalf of Loss Mitigation NationstarRobertson  Anschutz & Schneid, PL jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
    on behalf of Creditor BANK OF AMERICA  N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 12