| **Information to identify the case:** | |
|---|---|
| Debtor 1    Joseph Germano III<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3263<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)    First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:    17–10474–JNP | |

# Order of Discharge                                                                                       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joseph Germano III

<u>4/6/22</u>                                                                 **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-10474-JNP |
| Joseph Germano, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Germano, III, 424 Holly Drive, Atco, NJ 08004-2002 |
| lm | + | NationstarRobertson, Anschutz & Schneid, PL, 6409 Congress Avenue , Suite 100, Boca Raton, FL 33487-2853 |
| 516605090 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 516586195 | + | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 516601285 | + | Bank of America NA, Prober & Raphael, 20750 Ventura Blvd Ste 100, Woodland Hills, CA 91364-6207 |
| 516611478 | + | Columbia Bank, P.O. Box 426, Fair Lawn, NJ 07410-0426 |
| 517960209 | + | Columbia Bank, Walsh Pizzi O'Reilly Falanga LLP, One Riverfront Plaza, 1037 Raymond Blvd., 6th Floor, Newark, NJ 07102-5423 |
| 516770263 | + | Columbia Bank, C/O Bruce D. Gordon LLC, 2050 Center Avenue, Suite 560, Fort Lee, NJ 07024-4913 |
| 516608805 | + | Harwood Lloyd, 130 Main Street, Hackensack, NJ 07601-7152 |
| 516608806 | | IRS, US Dept of the Treasury, Philadelphia PA 19100 |
| 516586204 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 517368767 | + | Terri L. Germano, 424 Holly Drive, Atco, NJ 08004-2002 |
| 516586218 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 06 2022 20:29:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suit # 100, Boca Raton, Fl 33487-2853 |
| 517570339 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 06 2022 20:29:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |
| 516586195 | + | Email/Text: bncnotifications@pheaa.org | Apr 06 2022 20:29:00 | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 516762477 | | EDI: AIS.COM | Apr 07 2022 02:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516819455 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2022 20:29:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516586196 | + | EDI: BANKAMER.COM | Apr 07 2022 02:28:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516810713 | | EDI: CAPITALONE.COM | Apr 07 2022 02:33:00 | Capital One, N.A., PO Box 71083, Charlotte, NC |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516586199 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2022 20:29:00 | 28272-1083<br>Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 516586201 | | EDI: DISCOVER.COM | Apr 07 2022 02:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516646073 | + | EDI: IRS.COM | Apr 07 2022 02:33:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516586200 | + | EDI: DISCOVER.COM | Apr 07 2022 02:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516586202 | | EDI: ECMC.COM | Apr 07 2022 02:33:00 | Ecmc, 1 Imation Place, Bldg 2, Oakdale, MN 55128 |
| 516702919 | | EDI: ECMC.COM | Apr 07 2022 02:33:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516586205 | | Email/Text: camanagement@mtb.com | Apr 06 2022 20:29:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 516748411 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2022 20:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516586207 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2022 20:29:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 518128250 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2022 20:29:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261 |
| 516662033 | | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 02:33:00 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516747821 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2022 20:29:00 | Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9094 |
| 516586206 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2022 20:29:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516586209 | + | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 02:33:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516586213 | + | Email/PDF: pa_dc_claims@navient.com | Apr 06 2022 20:34:25 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 516586208 | + | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 02:33:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516586214 | + | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 02:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516657511 | + | EDI: RMSC.COM | Apr 07 2022 02:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516586194 | | Aes/national Collegiat |
| 516586198 | | Cap One Na |
| cr | *+ | Columbia Bank, C/O Bruce D. Gordon LLC, 2050 Center Ave., Ste. 560, Fort Lee, NJ 07024-4913 |
| 516586197 | *+ | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516586203 | *++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |
| 516608807 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS Centralized Insolvency Operation, PO Box 21126, Philadelphia PA 19114-1326 |

| | | |
|---|---|---|
| 516662034 | * | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516586210 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516586211 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516586212 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516586215 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516586216 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516586217 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Joseph Germano III aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Christopher M. Hemrick | on behalf of Creditor Columbia Bank chemrick@walsh.law mvargas@walsh.law;sfalanga@walsh.law;cmaker@walsh.law |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Justin Plean | on behalf of Creditor Nationstar Mortgage LLC jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Justin Plean | on behalf of Loss Mitigation NationstarRobertson Anschutz & Schneid, PL jplean@raslg.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Creditor BANK OF AMERICA N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 12